UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

DAVID W. LAMANSKY                                   CASE NO. 12-81931

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   US Bank National Association           **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account:  3914

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $21,632.62 (Per Creditor's Proof of Claim) |
| | +   150.00 (Per Allowed Cost of Collection) |
| Total | $21,782.62 |
| | |
| Amount Paid by Trustee | $21,782.62 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan           ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/17/2015                   /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

Certificate of Service
   I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 17th Day of June, 2015.

Dated:  6/17/2015                   /s/Cynthia K. Burnard

US BANK NATIONAL ASSOCIATION
ATTN: BK DEPT  MAC# X-2302-04C
1 HOME CAMPUS
DES MOINES, IA 50328

WELLS FARGO HOME MORTGAGE
MAC M 4010 051
1447 YORK RD., SUITE 510
LUTHERVILLE, MD  21093

US BANK NA TRUSTEE FOR GSMPS MTG TR
ATTN: BK DEPT MAC #D3347-014
3476 STATEVIEW BLVD
FORT MIL, SC 29715

FREEDMAN ANSELMO LINDBERG LLC
1807 W. DIEHL ROAD, SUITE 333
NAPERVILLE, IL  60563-1890

DAVID W. LAMANSKY
1718 JUDY LANE
DEKALB, IL  60115

ATTORNEY RICHAR H. SCHMACK
584 WEST STATE STREET
SYCAMORE,  IL  60178